

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jesus De Haro-Felix

**Plaintiff,**

V.

See Attachment

**Defendant.**

Civil Action No.   25-cv-03385-JO-BLM

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court GRANTS the Petitioner's Petition for Writ of Habeas Corpus and the case is hereby closed.

**Date:** _____ 3/6/26 _____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Hazard _____

A. Hazard, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No.  25-cv-03385-JO-BLM

Kristi Noem
in her official capacity as Secretary of Homeland Security

Christopher J. Larose
in his official capacity as Warden of Otay Mesa Detention Center

Gregory J. Archambeault
in his official capacity as San Diego Field Office Director, ICE Enforcement Removal Operations

Todd Lyons
in his official capacity as Acting Director of ICE

Pamela Bondi
U.S. Attorney General

Immigration and Customs Enforcement

Department of Homeland Security